## WELLMAN et al. v. FREEMAN.

(Circuit Court of Appeals, First Circuit. December 3, 1895.)

### No. 137.

DISMISSAL OF APPEAL IN ADMIRALTY.

This was a libel by R. R. Freeman against H. E. Wellman and others to recover demurrage alleged to be due for delay of the steamer Annie E. Kranz in discharging a cargo of lumber. The district court entered a decree for libelant in the sum of $540, with interest from the date of the libel. 67 Fed. 796. The respondents appealed.

Chas. T. Russell, Jr., William E. Russell, and Arthur H. Russell, for appellants.

Eugene P. Carver and Edward E. Blodgett, for appellee.

On September 24, 1895, an agreement for dismissal of this appeal, without costs, was filed; and the agreement was allowed by the court December 3, 1895, and the appeal dismissed accordingly.